**WO**  MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Arthur Anderson, ) No. CV 06-2980-PHX-SMM (JRI)
)
    Plaintiff, ) **ORDER**
vs. )
)
Joseph M. Arpaio, et al., )
)
    Defendants. )
)

On December 12, 2006, Plaintiff Arthur Anderson, who is confined in the Maricopa County Jail, filed a *pro se* civil rights Complaint (Doc. #1). In a January 18, 2007 Order (Doc. #3), the Court dismissed the Complaint with leave to amend and granted Plaintiff 30 days to file an amended complaint that cured the deficiencies identified in the Order.

On January 29, 2007, Plaintiff filed a Motion to Appear before the Court regarding his case (Doc. #5). Because the Court dismissed the Complaint with leave to amend, and Plaintiff has not filed an amended complaint, there is no reason to hold a hearing in this case.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Appear (Doc. #5) is **denied**.

DATED this 6th day of February, 2007.

Stephen M. McNamee
United States District Judge